UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KIMARLO ANTONIO RAGLAND, )
 )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
NC STATE BOARD OF EDUCATION; )
WILLIAM COBEY; AL COLLINS; ) No. 5:16-CV-288-FL
DAN FOREST; JANET COWELL; )
REBECCA TAYLOR; REGINALD )
KENAN; KEVIN HOWELL; OLIVIA )
HOLMES OXENDINE; GREGORY )
ALCORN; WAYNE MCDEVITT; )
PATRICIA WILLOUGHBY; )
ERIC DAVIS; and, )
DR. JUNE ATKINSON, )
 )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge..

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 11, 2017, and for the reasons set forth more specifically therein, that the court dismisses plaintiff's claims for monetary relief and plaintiff's claims for injunctive relief against the Board are dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 11, 2017, and Copies To:**
Kimarlo Antonio Ragland (via U.S. Mail) 813 Water Street, Henderson, NC 27536

July 11, 2017                   PETER A. MOORE, JR., CLERK
                                     /s/ Susan W. Tripp
                                     (By) Susan W. Tripp, Deputy Clerk